Office of the Standing Chapter 13 Trustee<br>
105 Decker Ct<br>
Suite 1150 11th Floor<br>
Irving, TX 75062<br>
(214) 855-9200

8/23/2019

WARREN AND MIGLIACCIO LLP
3600 SHIRE BLVD
SUITE 205
RICHARDSON, TX 75082

Re:  Case #:  19-30174-SGJ-13
     Debtor:  MARYSE DUNBAR

Enclosed please find the Modification of Plan After Confirmation, Notice of Hearing and Trustee's Pre-Hearing Conference and Certificate of Service for your review. If no changes are necessary, please file all three documents as one under the category **Plan/Chapter 13 Plan** in the CM/ECF system. In the text box provided "**with COS. Pre-Hearing Conference to be held on 10/17/2019 at 8:30 a.m. at Dal Ch13 Ofc.**" You will not need to docket a separate Notice of Hearing or Certificate of Service if you docket the COS and Pre-Hearing Conference Information in the text box of the Plan/Chapter 13 plan event. If you are not set up on CM/ECF you may file the original documents with the Bankruptcy Clerk and send us a file-marked copy so that we may set it on the Modification Pre-Hearing docket. If changes are necessary, please email your request to postconf@dallasch13.com.

**The modification MUST be filed by 9/23/2019. If it is not, it will be disregarded and you will need to request a new modification.**

As a reminder, please be sure service to all parties-in-interest is at least twenty four (24) days prior to the pre-hearing conference date set. **If 24 days notice is not provided, you will need to request an amended modification with a new hearing date.**

Kendal Edwards
Post Confirmation Department

WARREN AND MIGLIACCIO LLP
3600 SHIRE BLVD
SUITE 205
RICHARDSON, TX 75082

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:
MARYSE DUNBAR  (SSN: XXX-XX-4013)
Debtor

Case No: 19-30174-SGJ-13

Hearing Date: 10/17/2019

## Debtor's Modification of Plan after Confirmation
Date: 8/23/2019

**To the Honorable Bankruptcy Judge:**

Pursuant to 11 U.S.C. Section 1329, the Debtor requests the following Modification of Debtor's Confirmed Plan herein:

### Trustee's History of Case

| | | | |
|---|---|---|---|
| Date Filed: | January 18, 2019 | Total Payments Received to Date: | $2,257.45 |
| Date of 341: | February 28, 2019 | Total Payments to be Current: | $5,454.00 |
| Date Confirmed: | April 04, 2019 | Total Amount Delinquent: | $3,196.55 |
| | | To Be Current Calculated Through: | August 17, 2019 |

### Modification of Debtor Payments to Trustee

- Change monthly payment amount from $1,218.00 per month to $1,010.00 X 53; and/or

- The above change(s) will result in a new "BASE AMOUNT" of $55,787.45 (total due to Trustee under Plan, if all payments timely made). AND

- Payments to the Trustee in the amount of $1,010.00 will resume on or before 09/17/2019.

### Modification of Trustee Payments to Creditors

- No Changes.

### Debtor Attorney Fees

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $0.00 of which $0.00 is to be paid direct and $0.00 is to be paid by the Trustee.

### Reason for Modification

This modification is requested for the following reason(s):
- To cure arrears to the Trustee.
- TO LOWER PAYMENTS PER AMENDED SCHEDULES I & J FILED

Debtor's Modification of Plan after Confirmation, Page 2
Case # 19-30174-SGJ-13
MARYSE DUNBAR

## Conditions

This modification will be approved with the following condition(s):
No Conditions

Respectfully Submitted,

By: /s/Christopher Migliaccio
WARREN AND MIGLIACCIO LLP
Name: Christopher Migliaccio
State Bar Number: 24053059

Debtor's Modification of Plan after Confirmation, Page 3
Case # 19-30174-SGJ-13
MARYSE DUNBAR

### Debtor's Modification of Plan after Confirmation

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the attached Debtor's Modification of Plan After Confirmation dated 8/23/2019, will be approved by the Court without hearing, as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to Modification" WITHIN TWENTY FOUR (24) DAYS OF SERVICE (MAILING) HEREOF, provided the Modified plan is recommended by the Standing Chapter 13 Trustee and the Debtor has made any subsequent payments under the Modified Plan.

TO BE CONSIDERED, AN "OBJECTION TO MODIFICATION" MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN 24 DAYS AFTER SERVICE OF THIS MODIFICATION.

| | |
|---|---|
| Debtor: | MARYSE DUNBAR, 223 LINDA LANE, DUNCANVILLE, TX 75137 |
| Attorney: | WARREN AND MIGLIACCIO LLP, 3600 SHIRE BLVD, SUITE 205, RICHARDSON, TX 75082 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

### Notice of Court Hearing and Trustee's Pre-Hearing Conference

On **10/17/2019**, which is *at least twenty four (24) days* from the date of service hereon, a Pre-Hearing Conference with the Standing Chapter 13 Trustee, on the attached " Debtor's Modification of Plan after Confirmation" will be at 8:30 o'clock a.m. at:

105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062

Any objections to the proposed Modification not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at **2:00 PM** on **10/17/2019** at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas

YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

### Certificate of Service

I hereby certify that a true copy of the foregoing "Notice of Hearing on Debtor's Modification of Plan After Confirmation" and "Notice of Court Hearing and Trustee's Pre-Hearing Conference" thereon with a copy of the " Debtor's Modification of Plan After Confirmation" attached has been served by me on or before 9/23/2019, on the parties listed on the attached matrix by United States First Class Mail or via electronic mail.

By: /s/Christopher Migliaccio
WARREN AND MIGLIACCIO LLP
Name: Christopher Migliaccio
State Bar Number: 24053059

```
Label Matrix for local noticing          1100 Commerce Street                American Heritage Federal Credit Union
0539-3                                   Room 1254                           Attn: Bankruptcy
Case 19-30174-sgj13                      Dallas, TX 75242-1305               2060 Red Lion Road
Northern District of Texas                                                   Philadelphia, PA 19115-1699
Dallas
Tue Sep  3 11:57:32 CDT 2019

Barclays Bank Delaware                   Capital One                         Capital One Bank (USA), N.A.
Attn: Correspondence                     Attn: Bankruptcy                    by American InfoSource as agent
PO Box 8801                              PO Box 30285                        PO Box 71083
Wilmington, DE 19899-8801                Salt Lake City, UT 84130-0285       Charlotte, NC  28272-1083


Dept of Ed / Navient                     Equifax                             Experian
Attn: Claims Dept                        P.O. Box 740241                     P.O. Box 4500
PO Box 9635                              Atlanta, Georgia 30374-0241         Allen, TX 75013-1311
Wilkes Barr, PA 18773-9635


Home Point Financial Corp                Home Point Financial Corporation    Home Point Financial Corporation
Attn: Correspondence                     11511 Luna Road, Suite 300          c/o D. Anthony Sottile, Authorized Agent
11511 Luna Rd, Ste 200                   Farmers Branch, TX 75234-6451       394 Wards Corner Road, Suite 180
Farners Branch, TX 75234-6451                                                Loveland, OH 45140-8362


Internal Revenue Service                 Lendmark Financial Services         Navient Solutions, LLC. on behalf of
PO BOX 7346                              1735 North Brown Road               Department of Education Loan Services
Philadelphia, PA 19101-7346              Suite 300                           PO BOX 9635
                                         Lawrenceville, GA 30043-8228        Wilkes-Barre, PA 18773-9635


Ncc Business Svcs Inc                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC  SANTANDER CONSUMER USA
9428 Baymeadows Rd. Suite 200            PO BOX 41067                        P.O. Box 560284
Jacksonville, FL 32256-7912              NORFOLK VA 23541-1067               Dallas, TX 75356-0284


Santander Consumer USA                   Santander Consumer USA              Stonegate Mortgage Corp
Attn: Bankruptcy                         Po Box 660633                       PO Box 7097
PO Box 961245                            Dallas, TX 75266-0633               Indianapolis, IN 46207-7097
Fort Worth, TX 76161-0244


Synchrony Bank/Care Credit               T Mobile/T-Mobile USA Inc           TWC Revenue & Trust Management
Attn:  Bankruptcy Dept                   by American InfoSource as agent     Texas Workforce Commission
PO Box 965061                            PO Box 248848                       PO Box 149352
Orlando, FL 32896-5061                   Oklahoma City, OK  73124-8848       Austin TX 78714-9352


TransUnion Consumer Relations            U.S. Department of Housing and Urban Develop  United States Trustee
P.O. Box 2000                            451 7th Street S.W.                 1100 Commerce Street
Chester, PA 19016-2000                   Washington, DC 20410-0002           Room 976
                                                                             Dallas, TX   75242-0996


Virginia Employment Commission           Christopher M. Migliaccio           Maryse Dunbar
PO Box 26971                             Warren & Migliaccio, LLP            223 Linda Lane
Richmond, Virginia 23261-6971            3600 Shire Blvd.  Suite 205         Duncanville, TX 75137-4040
                                         Richardson, TX 75082-2239
```

Thomas Powers
105 Decker Court, Ste 1150
Irving, TX 75062-3137

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
c/o Barclaycard
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Home Point Financial Corporation

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31